UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| WRENNIE R. CARTER, | : | CASE NO.  24-40847 - BEM |
| | : | |
| DEBTOR. | : | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | : | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| | : | |
| MARY IDA TOWNSON, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| WRENNIE R. CARTER, | : | |
| | : | |
| RESPONDENT. | : | |

**UNITED STATES TRUSTEE'S MOTION
FOR DENIAL OF DISCHARGE PURSUANT TO 727(a)(8)**

Mary Ida Townson, the United States Trustee for Region 21, in furtherance of her administrative responsibilities imposed by 28 U.S.C. § 586(a), respectfully moves the Court to enter an order denying a discharge in this case to Wrennie R. Carter pursuant to 11 U.S.C. § 727(a)(8) because the debtor received a chapter 7 discharge in a case that was filed within eight years of the filing of this case. In support of this motion, the United States Trustee states as follows:

**FACTS**

1. On May 31, 2024, Dedra C Hammond ("Debtor") commenced case number 24-40847-bem by filing a voluntary petition for relief under chapter 7 of the Bankruptcy

Code (the "2024 Case"). On the petition, Debtor listed her social security number as XXX-XX-1221. (Dkt. No. 1, pg. 1)

2. On her petition, Debtor reported she had filed one bankruptcy case within the preceding eight years – Case number 17-14740 filed in the Eastern District of Pennsylvania on July 12, 2017. (Dkt. No. 1, pg. 3)

3. Records maintained by the Clerk of Court for the Eastern District of Pennsylvania show that on July 12, 2017, Debtor, with social security number XXX-XX-1221, commenced Case No. 17-14740-jkf by filing a voluntary petition for relief under chapter 7 (the "2017 Case"). (Case No. 17-14740-jkf, Dkt. No. 1)

4. Records maintained by the Clerk of Court for the Eastern District of Pennsylvania show that on October 17, 2017, the Court granted Debtor a chapter 7 discharge in the 2017 Case. (Case No. 17-14740-jkf, Dkt. No. 19)

5. Debtor filed the voluntary petition commencing the 2024 Case less than eight years after commencing the 2017 Case.

6. Debtor received a chapter 7 discharge in a case commenced within eight years before the date of the filing of the 2024 Case.

## STATEMENT OF APPLICABLE STATUTE, RULES, AND LAW

7. A voluntary case is "commenced by the filing with the bankruptcy court of a petition..." 11 U.S.C. § 301(a). "The commencement of a voluntary case under a chapter [of title 11] constitutes an order for relief." 11 U.S.C. § 301(b).

8.  A debtor shall not be granted a discharge if he has been granted a discharge in a case commenced within eight years before the date of the filing of the petition. 11 U.S.C. § 727(a)(8).

9.  Pursuant to the Federal Rules of Bankruptcy Procedure 4004(b), the deadline for filing a motion objecting to discharge in this case is August 26, 2024.

## CONCLUSION

10. Debtor received a chapter 7 discharge in a bankruptcy case (Case No. 17-14740-jkf) that was commenced within eight years before the date of the filing of the 2024 Case.

11. The United States Trustee timely files this motion.

12. As a matter of law, Debtor is not eligible to receive a discharge in this case. 11 U.S.C. 727(a)(8).

WHEREFORE, the United States Trustee respectfully moves the Court to enter an order denying the discharge of Wrennie R. Carter pursuant to 11 U.S.C. § 727(a)(8) and granting such further relief as the Court deems just and proper under the circumstances.

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

/s/
ALAN HINDERLEIDER
Trial Attorney
Georgia Bar No. 938543
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Dr., SW
Atlanta, Georgia 30303
Tel: (404) 331-4464
E-mail: Alan.Hinderleider@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that on August 1, 2024, I electronically filed the foregoing *United States Trustee's Motion for Denial of Discharge Pursuant to 727(a)(8)* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to all of the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

- **Thomas D. Richardson**   trichardson@brinson-askew.com,
  tdr@trustesolutions.net;
  Tdr82454@gmail.com;
  ctdr11@trustesolutions.net

I further certify that on this day, I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each.

Wrennie R. Carter
28 White Oak Drive SE
Cartersville, GA 30121

/s/
ALAN HINDERLEIDER
Trial Attorney
Georgia Bar No. 938543
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Dr., SW
Atlanta, Georgia 30303
Tel: (404) 331-4464
E-mail: Alan.Hinderleider@usdoj.gov